THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Timothy Todd
 Hayes, Appellant.
 
 
 

Appeal From Marion County
William H. Seals, Circuit Court Judge

Unpublished Opinion No. 2012-UP-088   
 Submitted February 1, 2012  Filed
February 22, 2012

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of Columbia;
 and Solicitor Ernest A. Finney, III, of Sumter, for Respondent.
 
 
 

PER CURIAM: Timothy Todd Hayes appeals his conviction for shoplifting. 
 After a thorough review of the record and
 all briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
FEW, C.J.,
 HUFF and SHORT, J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.